IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN WAGNER,<br><br>　　　　　　　Defendant. | **4:25CR3068**<br><br>**ORDER** |

IT IS ORDERED:

1)　The motion of Toni M. Leija-Wilson to withdraw as counsel of record for Defendant, (Filing No. 17), is granted.

2)　Defendant's newly retained counsel, James Scarff, shall promptly notify Defendant of the entry of this order.

3)　The clerk shall delete Toni M. Leija-Wilson from any future ECF notifications herein.

Dated this 1st day of August, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge